UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**  **JS-6**

Case No.   2:23cv06545CAS(JPRx)                    Date: October 23, 2023

Title      _DOLLS KILL, INC. v. SEARS HOLDING CORPORATION; ET AL._

Present: The Honorable:   CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – NOTICE OF SETTLEMENT OF THE ACTION[14] (Filed
10/23/2023)

    THE COURT, having been notified by counsel that the above-entitled action
has been settled on or about October 23, 2023;

    IT IS HEREBY ORDERED that this action is hereby removed from this
Court's active caseload until further application by the parties or order of this
Court.

    IT IS FURTHER ORDERED that counsel shall file a proper stipulation for
dismissal or a joint report detailing settlement status within 30 days and every
quarter thereafter until a stipulation for dismissal is filed.

    This Court retains full jurisdiction over this action and this Order shall not
prejudice any party to this action.  All dates in this action are hereby **VACATED**.

    IT IS SO ORDERED.

| | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |